```
                                                          FILED
                                                   U.S. DISTRICT COURT
                                                      SAVANNAH DIV.
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

2006 AUG 30  AM 10: 54

CLERK _____
SO. DIST. OF GA.

MICHAEL JEROME MOTLEY, JR.,

    Plaintiff,

vs.

CIVIL ACTION NO.: CV606-043

Officer JOEY SHUMAN; Warden
CARL HUMPHREY; Ms. AMBROSE,
Officer; and Ms. SARAH DRAPER,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b). The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 30th day of August, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)